(No. 81-CV-0999–)

*In re* APPLICATION OF DOROTHY BERRY.

*Order filed January 11, 1982.*

DOROTHY BERRY, *pro se*, for Claimant.

TYRONE C. FAHNER, Attorney General (MAUREEN CAIN, Assistant Attorney General, of Counsel), for Respondent.

ROE, C.J.

Upon review of the file, the Court finds that the

Claimant is now deceased from causes unrelated to the above-captioned claim, and therefore this claim is moot.

On the Court's motion, it is hereby ordered that this claim be and is hereby dismissed.